IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DOUGLAS JAMES YOUNG, JR.,**

    **Petitioner,**

v.                                                Case No. 5:25-cv-300-AW-ZCB

**SHERIFF TOMMY FORD, et al.,**

    **Respondents.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's report and recommendation. ECF No. 12. I have also considered de novo the issues raised in Petitioner's objections. ECF No. 13. I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2241 petition is dismissed without prejudice based on *Younger* abstention." A certificate of appealability is DENIED.

The clerk will close the file.

SO ORDERED on December 15, 2025.

                                                        s/ *Allen Winsor*
                                                        Chief United States District Judge